IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>**Orly Zeewy** | : : | |
| **Debtor** | : : | Chapter 13 |
| **Orly Zeewy** | : : | Bankruptcy No. 20-11595 AMC |
| **Movant** | : | |
| v. | : : | |
| **Wells Fargo Bank, National Association as Trustee for Abfc 2006-Opt3 Trust, Asset Backed Funding Corporation Asset-Backed Certificates, Series 2006-Opt3** | : : : : : | |
| **Respondent** | : : | |

**RESPONSE OF WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR ABFC 2006-OPT3 TRUST, ASSET BACKED FUNDING CORPORATION ASSET-BACKED CERTIFICATES, SERIES 2006-OPT3 TO EXPEDITED MOTION FOR AUTHORITY TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS AND ENCUMBRANCES**

Respondent, Wells Fargo Bank, National Association as Trustee for Abfc 2006-Opt3 Trust, Asset Backed Funding Corporation Asset-Backed Certificates, Series 2006-Opt3, by and through its attorneys, Phelan Hallinan Diamond & Jones, LLP, hereby responds to EXPEDITED MOTION FOR AUTHORITY TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS AND ENCUMBRANCES and in support thereof, avers as follows:

1. Admitted.

2. Admitted.

3. Admitted.

4. Denied. Respondent is without information or knowledge sufficient to form a belief as to the truth of the within averment

5. Denied. Respondent is without information or knowledge sufficient to form a belief as to the truth of the within averment

6. Admitted.

7. Denied.  Respondent is without information or knowledge sufficient to form a belief as to the truth of the within averment

8. Denied.  Respondent is without information or knowledge sufficient to form a belief as to the truth of the within averment

9. Conclusion of law.

10. Admitted.

**WHEREFORE**, Respondent, Wells Fargo Bank, National Association as Trustee for Abfc 2006-Opt3 Trust, Asset Backed Funding Corporation Asset-Backed Certificates, Series 2006-Opt3 respectfully requests that this Honorable Court deny EXPEDITED MOTION FOR AUTHORITY TO SELL REAL PROPERTY FREE AND CLEAR OF LIENS AND ENCUMBRANCES in its entirety without the following provision:

1) Debtor shall include in the Order that either **Wells Fargo Bank, National Association as Trustee for Abfc 2006-Opt3 Trust, Asset Backed Funding Corporation Asset-Backed Certificates, Series 2006-Opt3** will be paid in full subject to a proper payoff quote at the time of closing or that any sale short of full payoff will be subject to **Wells Fargo Bank, National Association as Trustee for Abfc 2006-Opt3 Trust, Asset Backed Funding Corporation Asset-Backed Certificates, Series 2006-Opt3's** final approval.

2) Closing is required within 30 days of the payoff quote date or a new payoff is required within 30 days of closing.

Respectfully submitted,

Date:  July 6, 2020               /s/ Jerome Blank, Esquire
                                  Jerome Blank, Esq., Id. No.49736
                                  Phelan Hallinan Diamond & Jones, LLP
                                  1617 JFK Boulevard, Suite 1400
                                  One Penn Center Plaza
                                  Philadelphia, PA 19103
                                  Phone Number: 215-563-7000 Ext 31625
                                  Fax Number: 215-568-7616
                                  Email: jerome.blank@phelanhallinan.com