UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|     Orly Zeewy | : | Chapter 13 |
| | : | |
|     Debtor(s) | : | Case No.: 20-11595(amc) |

**OBJECTION TO PROOF OF CLAIM NUMBERED 1-1 FILED ON BEHALF OF AMERICAN HONDA FINANCE CORPORATION**

COMES NOW, Orly Zeewy, hereinafter collectively referred to as "Debtor," by and through their undersigned counsel, Brad J. Sadek, Esquire, and hereby objects to the Proof of Claim number 1-1 filed on behalf of American Honda Finance Corporation, and in support thereof avers the following:

1. Debtor filed the instant Chapter 13 Bankruptcy case on or about March 13, 2020.

2. The May 9, 2016 case filing was assigned case number 20-11595.

3. On or about March 16, 2020, American Honda Finance Corporation filed Proof of Claim numbered 1-1.  A true and correct copy of claim number 1-1 is attached hereto and labeled as **Exhibit "A."**

4. The Official Form 410, part 9, lists $220.42 in arrears to the Creditor since March 16, 2020.

5. However, the Debtor has provided to the undersigned counsel the following proof of payment which failed to be credited.

      February 7, 2020 - $220.42

      April 18, 2020 - $440.84

6. The Debtor made a double-payment the month following the bankruptcy filing bringing her current on the payments to the creditor.

7.  Accordingly, the Debtor requests a that a revised Form 410 and Proof of Claim crediting the above referenced payment listed in paragraph five (5).

**WHEREFORE**, Debtor, Orly Zeewy, respectfully request that this Honorable Court disallow the proof of claim numbered 1-1 filed by American Honda Finance Corporation.

Dated: September 1, 2020         /s/ Brad J. Sadek, Esq.
                                 Brad J. Sadek, Esquire
                                 Sadek and Cooper
                                 Attorney for the Debtors
                                 Sadek Law Offices, LLC
                                 1315 Walnut Street, #502
                                 Philadelphia, PA 19107
                                 (215) 545-0008